IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00762-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 24.8.114.189,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on July 17, 2014, it is

ORDERED that Defendant John Doe and this action are **DISMISSED WITH PREJUDICE**.

Dated:  July 18, 2014

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge